```
                        UNITED STATES BANKRUPTCY COURT
                         EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION - DETROIT
```

IN RE:  RUTH COLES                                              CASE No.
        4645 N CAMPBELL
        DETROIT MI                                              03-41008-M
                                   48210-0000     Judge: MARCI B MCIVOR

            CHAPTER 13 FINAL REPORT AND ACCOUNT AND PROOF OF SERVICE
                          DISCHARGED/PAID IN FULL
                                                        SS#1 - XXX-XX-7165
                                                        SS#2 - XXX-XX-0000

This Case was                  The Plan was                  The Case was
commenced on  01/14/2003       confirmed on 04/17/2003       concluded on 11/15/2005

    Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements,
and are incorporated by reference in this report.


RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of
          creditors.                                              $  38425.95

| DISBURSEMENTS TO CREDITORS<br>CREDITOR'S NAME | CLASS | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | PAID<br>INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|---|
| CITY OF DETROIT/TREASURY<br>  TAXES PD PER TAXBILL | PROP TAX | 2500.00 | .00 | .00 | .00 |
| CLERK OF US BANKRUPTCY COURT<br>  074827 HOWAD MOTOR | AUTOMOBIL | 5000.00 | 5000.00 | .00 | .00 |
| CONSECO FINANCE RETAIL<br>  MILL CREEK | UNSECURED | 2976.49 | 2976.49 | .00 | .00 |
| DETROIT WATER DEPT<br>  MOD;TFC/4645 N. CMPBL | SECURED | 300.00 | 300.00 | .00 | .00 |
| DTE ENERGY/BANKRUPTCY UNIT<br>  DISALLOW** | UNSECURED | 1550.05 | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP<br>  TR FR SEARS | UNSECURED | 3544.12 | 3544.12 | .00 | .00 |
| FIRSTAR BANK<br>  NOA | NOT FILED | .00 | .00 | .00 | .00 |
| GMAC<br>  LIFTSTY/TRACKER | AUTOMOBIL | .00 | .00 | .00 | .00 |
| GMAC<br>  NOA | NOT FILED | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE<br>  ADD/02/W/DRAWN** | PRIORITY | 7309.00 | 1983.20 | .00 | .00 |
| SCHEDULED UNSECURED CREDITOR<br>  AMERITECH | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED UNSECURED CREDITOR<br>  AMERIVOICE | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED UNSECURED CREDITOR<br>  EMERGENT | NOT FILED | .00 | .00 | .00 | .00 |

PAGE   1 - CONTINUED ON NEXT PAGE

CASE NO. 03-41008-M          RUTH COLES

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| SCHEDULED UNSECURED CREDITOR WALMART | NOT FILED | .00 | .00 | .00 | .00 |
| SCHEDULED UNSECURED CREDITOR JCPENNY | NOT FILED | .00 | .00 | .00 | .00 |
| U S BANK NA 4645 N CAMPBELL/AMPO | NOT FILED | .00 | 12229.77 | .00 | .00 |
| U S BANK NA AMPOC | ARREARAGE | 3696.62 | 3696.62 | .00 | .00 |
| WAYNE COUNTY TREAS/R WOJTOWICZ TAXES PAID | PROP TAX | 517.35 | .00 | .00 | .00 |
| RUTH COLES | REFUND | 5968.58 | 5968.58 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 24243.74 | 7309.00 | 8070.66 | | 5968.58 | 45591.98 | PRINCIPAL |
| PRIN. PAID | 21226.39 | 1983.20 | 6520.61 | | 5968.58 | 35698.78 | AND INT. |
| INT. PAID | .00 | .00 | .00 | | | .00 | 35698.78 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| BRAND & GOODMAN PC | 1400.00 | 1400.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING FEE & DEPOSIT | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST | |
|---|---|---|---|
| .00 | 1327.17 | .00 | 1327.17 |

PAGE 2 - CONTINUED ON NEXT PAGE

CASE NO. 03-41008-M                RUTH COLES

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging David W. Ruskin as Trustee and releasing David W. Ruskin and his surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: January 31, 2006

_____
DAVID W. RUSKIN, TRUSTEE

---

### CERTIFICATE OF SERVICE

    I hereby certify that on the date indicated below, a copy of this document was mailed to the Debtor, the Debtor's attorney, and the United States Trustee by First Class mail.

DATED: 1/31/06

_____