# United States Bankruptcy Court

Eastern District of Michigan

**Case No. 03–41008–mbm**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruth Coles
   4645 N. Campbell
   Detroit, MI 48210

Social Security No.:
   xxx–xx–7165

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

                                                      BY THE COURT

Dated: 3/21/06                                          Marci B McIvor
                                                       United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Debts that are in the nature of alimony, maintenance, or support;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor, vessel, or aircraft vehicle while intoxicated;

e. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due; and

f. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
District/off: 0645-2          User: vfiel              Page 1 of 1              Date Rcvd: Mar 21, 2006
Case: 03-41008                Form ID: b18w            Total Served: 31

The following entities were served by first class mail on Mar 23, 2006.
db         +Ruth Coles,   4645 N. Campbell,   Detroit, MI 48210-2522
aty        +Neal J. Brand,   Brand & Goodman, P.C.,   3856 Fort Street,   Lincoln Park, MI 48146-4195
tr         +David Ruskin,   1100 Travelers Tower,   26555 Evergreen Road,   Southfield, MI 48076-4206
5237825    +Ameritech,   Bill payment center,   Saginaw MI 48663-0001
5237826     Amerivoice,   PO BOX 721,   Milwaukee WI 53201-0721
5237827    +City of Detroit Bd of Water Commissioner,   PO BOX 32711,   Detroit MI 48232-0711
5237828    +City of Detroit Personal/Real,   Property Tax Division,   1012 Coleman Young Mun. Bldg.,
             Detroit MI 48226-3476
5237829    +DTE,   3200 Hobson,   Bankruptcy Department,   Detroit   48201-2927
5567505     DTE Energy (Detroit Edison and MichCon),   DTE Energy,   3200 Hobson St. Lower Level,
             Detroit, MI 48201-2927
5237830     Emergent,   PO BOX 77003,   Minneapolis MN 55480-7703
5406578    +Firstar Bank, NA,   Attn: Andrew J. Hubbs, Esq.,   36150 Dequindre Rd., Ste. 810,
             Sterling Hgts., MI 48310-7142
5396486     Firstar Bank, NA as Trustee,   Ocwen Federal Bank, FSB,   PO Box 785053,   Orlando, FL 32878-5053
5286202    +GMAC,   Attn: Craig S. Schoenherr, Sr., Esq.,   12900 Hall Rd., Ste. 350,
             Sterling Htgs., MI 48313-1174
5237831    +GMAC Financial Services,   PO Box 217060,   Auburn Hills MI 48321-7060
5356282    +Howard Motor Sales,   4645 N. Campbell,   Detroit, MI 48210-2522
5356283     JCPenney,   PO Box 533,   Dallas, TX 75221-0533
5356284    +Michigan Dept. of State,   Bureau of Driver & Vehicle Record,   Lansing, MI 48918-0001
5237832    +Mill Creek,   Department 0008,   Palatine IL 60055-0001
5356285    +Mill Creek,   Dept. 0008,   Palatine, IL 60055-0001
5237833    +Ocwen Federal Bank FSB,   1675 Palm Beach Lakes Blvd.,   West Palm Beach FL 33401-2122
5598803     Ocwen Federal Bank, FSB,   PO Box 785053,   Orlando, FL 32878-5053
5356286    +Potestivo & Associates,   36150 Dequindre Rd., Ste. 620,   Sterling Htgs., MI 48310-7142
5237834    +Potestivo & Associates,   36150 Dequindre Rd. Ste 620,   Sterling Heights MI 48310-7142
5237835     Sears Card,   PO BOX 182149,   Columbus OH 43218-2149
5285599    +Sears Roebuck & Co.,   PO Box 3671,   Des Moines, IA 50323-0671
5237824    +United States Trustee,   211 W. Fort Street, Suite 700,   Detroit MI 48226-3263
5237837    +Wayne County Treasurer,   400 Monroe Street, Suite 520,   Detroit MI 48226-2942
6204654    +eCast Settlement,   7100 Westtown Parkway,   W. Des Moines, IA 50266-2519

The following entities were served by electronic transmission on Mar 21, 2006 and receipt of the transmission
was confirmed on:
5347271    +EDI: TSYS.COM Mar 21 2006 19:44:00     Conseco Finance Retail Division,
             Attn: Marian Gannett, Esq.,   7360 S. Kyrene Rd.,   Tempe, AZ 85283-8432
5580483     EDI: IRS.COM Mar 21 2006 19:44:00     IRS,   Insolvency Unit 3,   PO Box 330500,   Stop 15,
             Detroit, MI 48232-6500
5237835     EDI: SEARS.COM Mar 21 2006 19:44:00     Sears Card,   PO BOX 182149,   Columbus OH 43218-2149
5285599    +EDI: SEARS.COM Mar 21 2006 19:44:00     Sears Roebuck & Co.,   PO Box 3671,
             Des Moines, IA 50323-0671
5237836     EDI: TSYS.COM Mar 21 2006 19:44:00     Walmart,   PO BOX 530937,   Atlanta GA 30353-0937
                                                                                                TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 23, 2006**                    **Signature:** _Joseph Speetjens_